IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

GREGORY D. POWELL,               :

    Plaintiff,                :

vs.                              :
                                CIVIL ACTION 09-0150-M

MICHAEL J. ASTRUE,               :
Commissioner of
Social Security,                 :

    Defendant.                :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Gregory D. Powell and against Defendant Michael J. Astrue.

DONE this 29th day of June, 2009.

                                        s/BERT W. MILLING, JR.
                                        UNITED STATES MAGISTRATE JUDGE