IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

GREGORY D. POWELL, :
:
    Plaintiff, :
:
vs. : CIVIL ACTION 09-0015-M
:
MICHAEL J. ASTRUE, :
Commissioner of :
Social Security, :
:
    Defendant. :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412 be and is hereby **GRANTED** and that Plaintiff's counsel, Colin Kemmerly, be **AWARDED** an EAJA attorney's fee in the amount of $675.85.

DONE this 24th day of September, 2009.

                                    s/BERT W. MILLING, JR.
                                    UNITED STATES MAGISTRATE JUDGE